IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LONNIE E. SIMS, JR. #40701                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 2:17-cv-19-KS-FKB

STATE OF MISSISSIPPI, ET AL                                DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on January 28, 2020, after referral of hearing by this Court, no objections[1] having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __12th__ day of Match, 2020.

                                               __s/Keith Starrett__
                                               UNITED STATES DISTRICT JUDGE

---

[1] It is noted that the Petitioner filed a Notice Letter of Appeal [39] on March 9, 2020, but in the letter makes no objection to the Report and Recommendation other than to claim his innocence.